# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3053

_____

Louis Watson,                               *
                                            *
            Appellant,                      *
                                            *    Appeal from the United States
      v.                                    *    District Court for the Eastern
                                            *    District of Arkansas.
Kenneth S. Apfel, Commissioner, Social      *
Security Administration,                     *        [UNPUBLISHED]
                                            *
            Appellee.                       *

_____

Submitted: April 13, 2000

Filed: April 19, 2000

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Louis Watson appeals the district court's grant of summary judgment affirming the Commissioner's decision to deny Watson disability insurance benefits. Having reviewed the administrative record, we conclude the administrative law judge carefully considered the debilitating effect of Watson's alcohol abuse and substantial evidence on the record as a whole supports the decision of the Commissioner that Watson is not disabled for social security purposes. This case presents no novel issues to justify an

extended discussion. We thus affirm for the reasons stated in the district court's memorandum and opinion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.